| | |
|---|---|
| U.S. DISTRICT JUDGE **SIM LAKE** | CLERK, U.S. DISTRICT COURT |
| CASE MANAGER S. ANDERSON   RPTR / ~~ERO~~ G. DYE | SOUTHERN DISTRICT OF TEXAS |
| LAW CLERK J. WEST   USPO B. SWANE | FILED |
| INTERPRETER | May 10, 2024 |
| | NATHAN OSCHNER, CLERK |

TIME _____|_____ A.M.   2:00 | 2:40 P.M.
       begin   end        begin  end

CR. NO. **4:23-cr-085**   DEFT. NO. **1**

UNITED STATES OF AMERICA    §   John R. Lewis              AUSA
vs.                          §
MUNSON P. HUNTER, III        §   Brandon G. Leonard         CJA

## SENTENCING

☐ Defendant waived his right to appear in person and consented to appear by video
☒ Sentencing held.  ☒ Guilty plea  ☐ Guilty verdict  on 2/14/24, Ct(s) 5s.
☐ Sentencing held **with contested issues**.
☒ SENTENCE:   51 mos BOP; 3 yrs SRT;
   Restitution: $235,438.83 (Capital One $105,595.06; Chase Bank $57,343.77; SBA $72,500.00);
   $100 S/A
   $100 special assessment on Count(s) 5s.
☐ **Time served**.
☒ Notice re: Decision of My Right to Appeal provided to Counsel for Defendant.
☒ Count(s) REMAINING dismissed on government's motion / Order to be entered.
☐ Deft ordered to surrender to U.S. Marshal on _____.
☐ Deft ordered to surrender to institution when designated.
☐ Change of plea hearing, deft withdraws plea of guilty.
☐ Jury trial set for _____ at _____.
☐ Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ Deft failed to appear, bench warrant to issue.
☐ Deft bond ☐ continued ☐ forfeited.
☐ Deft to be released from custody.
☒ Deft remanded to custody.
☒ Terminate other settings for this deft.   ☒ Terminate motions for this deft.

OTHER PROCEEDINGS:   1. Dft's objections to PSI ruled on as stated on the record.
2. PSR adopted as stated on the record.
3.